United States District Court
Southern District of Texas
**ENTERED**
March 23, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. H-16-126-3-S |
| § | |
| MARIA VILLA § | |

### REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Maria Villa, the defendant in this action. On March 22, 2017, Defendant Maria Villa appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to the Superseding Information charging her with conspiracy to possess with intent to distribute a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

Defendant Villa consented in writing to plead guilty before a United States Magistrate Judge. After conducting said proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Defendant Villa, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of her rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval

    and imposition of sentence by United States District Judge Lee Rosenthal.

2. Defendant Villa is fully competent and capable of entering an informed plea.

3. Defendant Villa is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing.

4. Defendant Villa understands her constitutional and statutory rights and wishes to waive those rights.

5. Defendant Villa is aware that pursuant to the Plea Agreement, she is waiving her right to appeal her conviction and sentence, both directly and collaterally.

6. Defendant Villa understands that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or counsel for the defendant, and that if a recommendation on sentencing is not followed by the sentencing judge, Villa may not withdraw her plea of guilty.

7. Defendant Villa's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 1 of the Superseding Information.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Defendant Maria Villa to Count 1 of the Superseding Information be accepted by the court and that Maria Villa be adjudged guilty of the offense alleged in Count 1 of the Superseding Information, to wit: conspiracy to possess with intent to distribute a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the

receipt thereof to file written objections thereto pursuant to General Order 2002-13.  Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk, P.O. Box 61010, Houston, Texas, 77208.  Copies of such objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

SIGNED at Houston, Texas, this 23rd  day of March, 2017.

_____
U.S. MAGISTRATE JUDGE