United States District Court
Southern District of Texas
**ENTERED**
June 23, 2017
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. NO. 16-CR-0126 |
| MARIA VILLA | § § | |

## ORDER

The defendant's unopposed motion to allow her daughter, Grace Rojo, to visit her at the hospital while in U.S. Marshal custody is hereby GRANTED. The Court orders the following:

The United States Marshal Service is directed to allow the defendant's daughter, Grace Rojo to visit the defendant at the hospital while in U.S. Marshal custody. The visit will be no longer than 25 minutes.

This order and authorization to visit the defendant is for one visit on a specific date and specified time determined and agreed upon by the defendant's attorney, Gerardo S. Montalvo and officials with the United States Marshal Service.

SIGNED at Houston, Texas, on \_\_\_\_June 23\_\_\_\_, 2017.

_____
**LEE H. ROSENTHAL**
**UNITED STATES DISTRICT JUDGE**