UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-16-126 |
| | § | |
| MARIA VILLA, (3) | § | |
| defendant. | § | |

## ORDER

The Government's Motion to Dismiss the original indictment and superseding information on file in this matter as it pertains to Maria Villa only is GRANTED.

SIGNED this 26th day of June, 2017.

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE